UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

TARAS M.,

      Petitioner,

v.

KRISTI NOEM, Secretary, U.S. Department
of Homeland Security; TODD M. LYONS,
Acting Director of Immigration and Customs
Enforcement; DAVID EASTERWOOD, Field
Office Director — St. Paul Field Office,
Immigration and Customs Enforcement;
MARY DE ANDA-YBARRA, Field Office
Director of Enforcement and Removal
Operations, El Paso Field Office,
Immigration and Customs Enforcement; and
WARDEN OF CIBOLA COUNTY
CORRECTIONAL CENTER, custodian of
detainees at the Cibola County Correctional
Center,

      Respondents.

Case No. 26-CV-0864 (PJS/EMB)

ORDER

---

Petitioner Taras M., a citizen of Ukraine, was arrested by Immigration and

Customs Enforcement on January 6, 2026, and is now detained in the Cibola County

Correctional Center in Milan, New Mexico.[1]  V. Pet. ¶¶ 7, 9.  He brings this habeas

action seeking release or, in the alternative, a bond hearing.  *Id.* at 16.

---

[1]Pursuant to this District's policy in immigration cases, the Court identifies petitioner only by first name and last initials.

"[F]or core habeas petitions challenging present physical confinement, jurisdiction lies in only one district: the district of confinement."  *Rumsfeld v. Padilla*, 542 U.S. 426, 443 (2004).  "An exception is recognized, however, where the petitioner's location is unknown at the time of filing—such as when the petitioner is in transit—or where immigration authorities have not disclosed where the petitioner is being detained or by whom, and circumstances have prevented or precluded contact with counsel."  *Adriana M.Y.M. v. Easterwood*, No. 26-213 (JWB/JFD), 2026 WL 184721, at *2 (D. Minn. Jan. 24, 2026).  This exception does not apply here, as it is clear that petitioner was detained in New Mexico at the time he filed this petition.  V. Pet. ¶¶ 9, 18.  Accordingly, the Court lacks jurisdiction over his petition and will transfer it to the District of New Mexico.

ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein,

IT IS HEREBY ORDERED THAT this matter is TRANSFERRED to the United States District Court for the District of New Mexico.

Dated: January 30, 2026

/s/ Patrick J. Schiltz
Patrick J. Schiltz, Chief Judge
United States District Court